UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZACHARY A. CHESSER,
   Plaintiff,

v.                     Case No. 1:14-cv-2161-TFH

DIRECTOR, FEDERAL
BUREAU OF PRISONS
   Defendant.

## NOTICE

The Court is using the wrong address for the Plaintiff. The last documents he received first went to another prison. Please use the address in his pleadings, as it is correct.

                        Respectfully Submitted,

                        /s/
                        ZACHARY A. CHESSER
                        pro se
                        Reg. No. 76715-083
                        USP Florence ADX
                        PO Box 8500
                        Florence, CO 81226-8500



RECEIVED Mail Room
FEB 1 3 2015
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia