UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZACHARY A. CHESSER,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR, BUREAU OF PRISONS<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 14-2161 (RJL)<br>)<br>)<br>)<br>) |

**FILED**
MAY 04 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**MEMORANDUM ORDER**
April 30, 2015 [Dkt. ## 4, 12]

It appears from the docket that plaintiff submitted with his Complaint for Declaratory and Injunctive Relief, filed December 22, 2014, a Motion for a Temporary Restraining Order ("TRO") and Preliminary Injunction that was not entered on the docket until April 28, 2015. Despite the time lapse, which is reason alone to deny the TRO motion, the Court finds no basis stated for granting such extraordinary relief because the broadly worded motion seeks the same relief as that sought from the complaint. *See* Fed. R. Civ. P. 65(d)(1) ("Every order granting an injunction [or a TRO] must: . . . (C) describe in reasonable detail—and not by referring to the complaint or other document—the act or acts restrained or required.").

Plaintiff also submitted with the Complaint a motion for an appointment of counsel, which will be denied because it is too early in the proceedings to gauge the need for counsel, *see* LCvR 83.11 (considered factors), and the availability of *pro bono* resources is extremely limited.

1

Accordingly, it is

**ORDERED** that plaintiff's motion for an appointment of counsel case, ECF No. 4, is **DENIED** without prejudice; it is further

**ORDERED** that plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 12 is **DENIED**.

_____
RICHARD J. LEON
United States District Judge